## Commonwealth *v.* Wiggins, Appellant.

Argued May 26, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

512

*Charles E. Friedman,* with him *Cooper, Friedman & Friedman,* for appellant.

*James G. Morgan, Jr.,* Deputy District Attorney, with him *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, December 20, 1971:
Judgment affirmed. Cf. *Commonwealth v. Tarver,* 446 Pa. 233, 284 A. 2d 759 (1971).

———

CONCURRING OPINION BY MR. JUSTICE ROBERTS and Mr. Justice POMEROY:
We concur in the result for the reason that the record establishes that the trial court did not err in rejecting appellant's claim of lack of felonious intent.